

No. 252. SAFEWAY STORES, INC., *v.* OKLAHOMA RETAIL GROCERS ASSOCIATION, INC., ET AL. Appeal from the Supreme Court of Oklahoma. (Probable jurisdiction noted, 358 U. S. 807.) The motion of the State of Oklahoma for leave to file brief, as *amicus curiae,* is granted. MR. JUSTICE CLARK took no part in the consideration or decision of this motion. *Mac Q. Williamson,* Attorney General of Oklahoma, movant. 

No. 745. DE LUCIA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Wm. Scott Stewart* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States. 

No. 818. KIRKPATRICK ET AL. *v.* SANDERS, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Raymond Kyle Hayes* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *L. W. Post* for respondent.

No. 819. GREENBERG ET AL. *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Thomas Cartelli* for petitioners.

No. 821. REVARD *v.* OKLAHOMA. Court of Criminal Appeals of Oklahoma. Certiorari denied. *O. B. Martin* for petitioner.

No. 823. UNIVERSE TANKSHIPS, INC., *v.* BARTHOLOMEW. C. A. 2d Cir. Certiorari denied. *Victor S. Cichanowicz* for petitioner. *Morton M. Shreck* for respondent.